**COMMISSIONER OF INTERNAL REVENUE v. C. W. TITUS, Incorporated.**

No. 1480.

Circuit Court of Appeals, Tenth Circuit.

March 8, 1937.

James W. Morris, Asst. Atty. Gen., for petitioner.

L. E. Cahill, of Tulsa, Okl., for respondent.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Petition for review dismissed on stipulation.

**Milton F. CONLEY, Appellant, v. UNITED STATES of America, Appellee.**

No. 7437.

Circuit Court of Appeals, Sixth Circuit.

March 9, 1937.

Woods, Stewart & Nickell, of Ashland, Ky., W. D. O'Neal, of Catlettsburg, Ky., and John P. Haswell, of Louisville, Ky., for appellant.

Mac Swinford, U. S. Atty., of Lexington, Ky.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing that there was substantial evidence to submit to the jury the question of appellant's guilt of the offenses charged in the indictment, and that no error preju-

dicial to appellant was committed in the admission or rejection of evidence or in the charge given to the jury, it is ordered that the judgment be affirmed.

**Benj. E. COOK, Executor of Last WILL and Testament of Elmer E. DRAKE, deceased, v. UNITED STATES of America.**

No. 1374.

Circuit Court of Appeals, Tenth Circuit.

Sept. 23, 1936.

Benj. E. Cook, of Ponca City, Okl., for appellant.

Daniel Dillon, Atty., Bureau of War Risk Litigation, of Oklahoma City, Okl., for the United States.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Judgment reversed and cause remanded pursuant to stipulation of the parties.